UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO DE LOS SANTOS COMONFORT,
individually and on behalf of others similarly
situated,

               Plaintiffs,

– against –

SERVICES MANGIA, INC. (D/B/A MANGIA
48TH MADISON), MANGIA 57, INC.
(D/B/A MANGIA 57TH STREET), JOANNA
SASHA & FRIENDS FOOD SVC INC.
(D/B/A MANGIA 57TH STREET), SASHA
MUNIAK, PAWELL KOSZALKA,
MARGARET DOE, and SILVIA DOE,

               Defendants.

**ORDER**

19 Civ. 9262 (ER)

RAMOS, D.J.:

       On September 11, 2020, the parties submitted an application to the Court for preliminary settlement approval.[1]  Doc. 35.  On September 29, 2020, the Court declined to approve the agreement without prejudice because the requested attorney's fees of $29,999 was too high compared to the lodestar amount of $6,865.  Doc. 37 at 3-4.

       In response to the Court's Order, the parties submitted an amended motion and revised settlement agreement, which lowered the attorney's fees to $20,000 net of costs, yielding a multiplier of 2.9.  Doc. 38.  This Court has approved attorney's fees requests with similar multipliers.  *Hernandez v. Vill. Natural Rest. Corp.*, No. 19 Civ. 8378 (ER), 2020 WL 5518314, at *2 (S.D.N.Y. Sept. 14, 2020) (reducing the multiplier to 3); *Fujiwara v. Sushi Yasuda Ltd.*, 58 F. Supp. 3d 424, 439 (S.D.N.Y. 2014) (reducing multiplier to 2.28).

---

[1] The Court assumes familiarity with the record and its prior Order, which details the facts and procedural history of this case.  *See* Doc. 37.

2

Accordingly, the Court finds that the revised settlement agreement comports with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) and approves the agreement. The Court hereby dismisses the case with prejudice. The Clerk of Court is respectfully directed to terminate the motion, Doc. 38, and to close the case.

It is SO ORDERED.

Dated: October 13, 2020
       New York, New York

_____
EDGARDO RAMOS, U.S.D.J.